-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICHOLAS IPPOLITO, 92A7377,

        Plaintiff,

                                  DECISION AND ORDER
-v-                                  05-CV-6683L(P)

GLENN GOORD, Commissioner of New York State
Department of Correctional Services;
DR. LESTER WRIGHT, Deputy Commissioner for
Health Services, New York State Department
of Correctional Services, and their Successors in office,
all in their official capacities and individually;
DR. ALBERT POALANO, Facility Health Services
Director, Great Meadow Correctional Facility;
DR. IRA ELLEN, Facility Health Services Director,
Clinton Correctional Facility;
DR. EVELYN WEISSMAN, Facility Health Services
Director, Upstate Correctional Facility;
THOMAS EDWARDS, Physician Assistant,
Attica Correctional Facility; all individually;

        Defendants.
_____

Plaintiff *pro se* Ippolito has made a motion to seal his reply to defendants' affirmation in opposition to plaintiff's motion for a preliminary injunction on the basis that his reply contains confidential medical records. Plaintiff has made a sufficient showing under Local Rule 5.4 and his motion is hereby GRANTED.

**ORDERED**

Plaintiff's reply to defendants' affirmation in opposition to plaintiff's motion for a preliminary injunction is ORDERED to be filed under SEAL.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: June 6, 2006
Rochester, New York