UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NICHOLAS IPPOLITO,

                              Plaintiff,

                                                                                            DECISION AND ORDER

                                                                                            05-CV-6683L

                              v.

GLENN GOORD,
Commissioner of New York State
Department of Correctional Services, et al.,

                              Defendants.
_____

       Plaintiff's motion for a preliminary injunction (Dkt. #17) is in all respects denied.

       IT IS SO ORDERED.

                                              _____
                                                   DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
        July 18, 2006.