UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NICHOLAS IPPOLITO,

                              Plaintiff,

                                                                                        DECISION AND ORDER

                                                                                        05-CV-6683L

                        v.

GLENN GOORD, Commissioner of New York
State Department of Correctional Services, et al.,

                              Defendants.
_____

       The *pro se* plaintiff in this prisoner civil rights action has moved for summary judgment on his claims arising out of his alleged denial of medical treatment by defendants. The motion is denied. Pursuant to the Court's November 16, 2007 scheduling order (Dkt. #123), discovery in this action will not be completed until April 24, 2008. Moreover, on the record before me I certainly cannot find that "there is no genuine issue as to any material fact and that [plaintiff] is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).

## CONCLUSION

Plaintiff's motion for summary judgment (Dkt. #126) is denied.

IT IS SO ORDERED.

                                                    _____
                                                        DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
        January 8, 2008.