UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NICHOLAS IPPOLITO,

                                   Plaintiff,

                                   DECISION AND ORDER

                                   05-CV-6683L

      v.

GLENN GOORD, et al.,

                                   Defendants.
_____

     Plaintiff's motion for reconsideration (Dkt. #207) relating to the Court's November 10, 2009 Decision and Order (Dkt. #203) is in all respects denied.

     IT IS SO ORDERED.

                              _____
                                DAVID G. LARIMER
                               United States District Judge

Dated: Rochester, New York
         December 15, 2009.