UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NICHOLAS IPPOLITO,

                            Plaintiff,

                                                    DECISION AND ORDER

                                                    05-CV-6683L

          v.

GLENN GOORD, et al.,

                            Defendants.
_____

Almost four years ago, on March 8, 2006, Senior United States District Judge Michael A. Telesca, granted various forms of relief. Based on the statute of limitations, the Court precluded plaintiff from proceeding on any claims or incidents that occurred prior to November, 2002 against three defendants, and the claims against those defendants, Dr. Albert Poalano, Dr. Ira Ellen, and Dr. Evelyn Weissman were dismissed.

Now, plaintiff has moved *pro se,* (Dkt. #211), for this Court to reconsider that prior decision.

I have reviewed plaintiff's motion for reconsideration and the accompanying declaration, and I find no basis in fact or law to reconsider or change the prior Decision of Judge Telesca (Dkt. #3).

CONCLUSION

Plaintiff's motion for reconsideration (Dkt. #211) of the prior Order of this Court (Dkt. #3) is in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       January 13, 2010.